**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Dennis Mowrey, | : |
| | : |
| Plaintiff, | : Civil Action No.: 2:13-cv-00270-NBF |
| v. | : |
| Oxford Law, LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: August 16, 2013

Respectfully submitted,

PLAINTIFF, Dennis Mowrey

By  /s/ Jody B. Burton

Jody B. Burton, Esq.
Bar No.: 71681
**LEMBERG & ASSOCIATES L.L.C.**
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
jburton@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By  */s/ Jody B. Burton*
    Jody B. Burton