# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dennis Mowrey, | Civil Action No.: 2:13-cv-00270-NBF |
| Plaintiff, | [███████] ORDER |
| v. | |
| Oxford Law, LLC; and DOES 1-10, inclusive, | |
| Defendants. | |

Having reviewed Plaintiff's Motion to Enter a Default Judgment and for good cause shown, it is hereby ORDERED that a Default Judgment be entered against Defendant Oxford Law, LLC for a sum of $1,750.00.

**SO ORDERED.**

Dated: *February 14, 2014*

_____
HON. NORA BARRY FISCHER